IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>RODRIGO BOLANOS, a/k/a "Poncho", JOSE A. DONATO and ARTURO J. GARCIA,<br><br>　　　　　　Defendants. | **4:18CR3126**<br><br>**ORDER** |

Defendant Donato has moved to continue the pretrial motion deadline, (Filing No. 38), because Defendant needs additional time to investigate this case and prepare for trial. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

　　IT IS ORDERED:

　　1)　Defendant Donato's motion to continue, (Filing No. 38), is granted.

　　2)　**As to all defendants**, pretrial motions and briefs shall be filed on or before January 4, 2019.

　　3)　**As to all defendants**, trial of this case is set to commence before the Honorable John M. Gerrard, United States District Judge, in Courtroom 1, United States Courthouse, Lincoln, Nebraska, at 9:00 a.m. on February 4, 2019, or as soon thereafter as the case may be called, for a duration of ten (10) trial days. Jury selection will be held at commencement of trial.

　　4)　The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and **as to all defendants**, the additional time arising as a result of the granting of the motion, the time between today's date and January 4, 2019, shall be deemed excludable time in any

computation of time under the requirements of the Speedy Trial Act, because this case remains "unusual and complex," and continues to be exempted from the time restrictions of the Speedy Trial Act, 18 U.S.C. § 3161 (h)(6) & (h)(7)(B)(ii). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

October 22, 2018.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge