IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE A. DONATO,<br><br>Defendant. | 4:18CR3126<br><br>**ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION** |

The defendant appeared before the Court on August 6, 2025 regarding Petition for Offender Under Supervision [159]. Korey Reiman represented the defendant. Matthew Molsen represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The defendant freely, knowingly, intelligently, and voluntarily waived the right to a preliminary hearing. Fed. R. Crim. P. 32.1(b)(1)(A). The Court finds probable cause as alleged in the petition to believe the defendant violated the terms of supervised release and the defendant should be held to answer for a final dispositional hearing. Fed. R. Crim. P. 32.1(b)(1)(C). The defendant shall appear personally for a final dispositional hearing before Senior U.S. District Judge John M. Gerrard in Courtroom No. 3, Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, at 9:00 a.m. on November 4, 2025.

The government did not move for detention and did not oppose release on the below conditions. Defendant did not oppose such conditions of release. The defendant shall be released on the current terms and conditions of supervision as well as the following additional conditions:

(aa)   Have no contact with the following persons: MV1 and MV2 who are referenced in the Petition, Jose Bedolla Meza and Sandra Garcia; directly or indirectly, including correspondence, telephone, or communication through third parties.

(d)   Maintain or actively seek conventional employment (i.e., not self employed).

(r) (ii)   Home Detention. You are restricted to your home at all times except for employment; education; religious services, medical, substance abuse, or mental health treatment, attorney visits, court appearances, or other activities as pre-approved by the supervising officer.3

(X)   Reside with Jesus Navarez in Hastings, Nebraska.

Defendant is ordered released after processing.

2

**IT IS SO ORDERED**.

Dated this 6th day of August, 2025.

                                                              BY THE COURT:

                                                              *s/ Jacqueline M. DeLuca*
                                                              United States Magistrate Judge

4:18-cr-03126-JMG-JMD   Doc # 175   Filed: 08/06/25   Page 2 of 2 - Page ID # 548